# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAGDIEL MARTINEZ-VASQUEZ, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-161-RWS |
| MASTERS CONCRETE CONSTRUCTION INC. and MARIO JUAREZ, | : |
| Defendants. | : |

## ORDER

This matter is before the Court in this FLSA action upon the parties' Joint Motion for Approval of Settlement Agreement [Doc. No. 37]. Having reviewed the proposed settlement agreement, the parties' Joint Motion [Doc. No. 37] is GRANTED. The parties' proposed settlement agreement is approved, and Plaintiff's claims are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The Clerk is DIRECTED to close this action.

AO 72A
(Rev.8/82)

SO ORDERED, this 23rd day of April, 2018.

_____
RICHARD W. STORY
United States District Judge